# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2019

Bridget M. McCormack,
Chief Justice

157115

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 157115
COA: 340106
Wayne CC: 13-011108-FC

ROSCOE GALLMORE,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 19, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2019



t0128

Clerk